# First District Court of Appeal
## State of Florida

_____

No. 1D2022-1410
_____

Ronnie L. Donald,

    Appellant,

    v.

Gainesville Motors, Inc. d/b/a
Gainesville Chrysler Dodge
Jeep Ram,

    Appellee.

_____

On appeal from the Circuit Court for Alachua County.
William R. Slaughter, Judge.

December 7, 2023

Per Curiam.

Affirmed.

Kelsey, Nordby, and Long, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Henry G. Gyden of Gyden Law Group, P.A., Tampa, for Appellant.

Katherine A. Gannon of Rissman, Barrett, Hurt, Donahue, McLain & Mangan, P.A., Tampa, for Appellee.